**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
Attorneys for Defendant
COLLECTION BUREAU OF
AMERICA, LTD.,

UNITED STATES DISTRICT

DISTRICT OF NEVADA

| | |
|---|---|
| KARA MINNICK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, COLLECTION BUREAU OF AMERICA, LTD,<br><br>Defendant. | Case No. 2:19-cv-01194-GMN-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(FIRST REQUEST)<br><br>*Current Response Due: August 30, 2019*<br>*New Response Due: September 13, 2019*<br><br>*Complaint Filed: July 9, 2019* |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff KARA MINNICK ("Plaintiff") and Defendant COLLECTION BUREAU OF AMERICA, LTD ("Defendant") (Plaintiff and Defendant are hereinafter collectively referred to as the "Parties"), by and through their counsel of record as follows:

1    KB/86

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

WHEREAS, Defendant's response to the Complaint is due on August 30, 2019;

WHEREAS, the Parties are engaged in discussions to resolve this matter before Defendant files a responsive pleading;

WHEREAS, the parties agree that Defendant shall have an extension of time up to and including September 13, 2019, within which to respond to Plaintiff's Complaint;

WHEREAS, the parties stipulate as follows:

That Defendant shall have an extension of time up to and including September 13, 2019 within which to respond to Plaintiff's Complaint. This request does not exceed 30 days from the date the original response was due.

**IT IS SO STIPULATED**:

CRAIG K. PERRY & ASSOCIATES

Dated: August 30, 2019    s/ Craig K. Perry
                          Craig K. Perry
                          Attorney for Plaintiff
                          *KARA MINNICK*

ALVERSON, TAYLOR, & SANDERS

Dated: August 30, 2019    s/ Trevor R. Waite
                          Trevor R. Waite
                          Attorneys for Defendant
                          *COLLECTION BUREAU OF AMERICA, LTD.*

**IT IS SO ORDERED.**

DATED: September 3, 2019

_____
UNITED STATES MAGISTRATE JUDGE