1  **ALVERSON TAYLOR & SANDERS**
   KURT R. BONDS, ESQ.
2  Nevada Bar #6228
   TREVOR R. WAITE, ESQ.
3  Nevada Bar #13779
4  6605 Grand Montecito Parkway, Suite 200
   Las Vegas, Nevada 89149
5  (702) 384-7000
   FAX (702) 385-7000
6  efile@alversontaylor.com
7  Attorneys for Defendant COLLECTION
   BUREAU OF AMERICA, LTD

UNITED STATES DISTRICT

DISTRICT OF NEVADA

| | |
|---|---|
| KARA MINNICK, an individual,<br><br>Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, COLLECTION BUREAU OF AMERICA, LTD,<br><br>Defendant. | Case No. 2:19-cv-01194-GMN-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Response Due: September 13, 2019<br>New Response Due: September 27, 2019<br><br>Complaint Filed: July 9, 2019 |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff KARA MINNICK ("Plaintiff") and Defendant COLLECTION BUREAU OF AMERICA, LTD ("Defendant") (Plaintiff and Defendant are hereinafter collectively referred to as the "Parties"), by and through their counsel of record as follows:

Whereas, Defendant's response to the Complaint is currently due on September 13, 2019;

WHEREAS, the Parties are still engaged in discussions to resolve this matter before Defendant files a responsive pleading;

Whereas, the parties agree that Defendant shall have an extension of time up to and including September 27, 2019, within which to respond to Plaintiff's Complaint;

///

WHEREAS, the parties stipulate as follows:

That Defendant shall have an extension of time up to and including September 27, 2019 within which to respond to Plaintiff's Complaint. This request does not exceed 30 days from the date the original response was due.

IT IS SO STIPULATED:

CRAIG K. PERRY & ASSOCIATES

Dated: September 13, 2019

s/ Craig K. Perry
Craig K. Perry
Attorney for Plaintiff
*KARA MINNICK*

ALVERSON TAYLOR & SANDERS

Dated: September 13, 2019

s/ Trevor R. Waite
Trevor R. Waite
Attorneys for Defendant
*Collection Bureau Of America, LTD*

IT IS SO ORDERED.

DATED: September 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE VIA CM/ECF**

I hereby certify that on this 13th day of September, 2019, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** addressed to:

- **Craig K. Perry**
  craig@craigperry.com,tyrin@craigperry.com,legal_sec1@craigperry.com

- **Jeremy J. Thompson**
  jthompson@clarkhill.com,JUlmer@ClarkHill.com,pcameron@clarkhill.com,nrodriguez@clarkhill.com,DSurowiec@ClarkHill.com

                                  s/ Kimber Foster
                                  An Employee of ALVERSON TAYLOR & SANDERS

N:\kurt.grp\CLIENTS\86\Stip. (Walls) to extend time to respond_Collection Bureau.doc